373 A.2d 1146

Evanoff et al., Appellants, v. York Federal Savings and Loan Association et al.

Argued March 16, 1977. Leon P. Haller, with him Purcell and Nissley, for appellants; Robert A. Angelo, with him Wogan, Elsesser, Yost & Bupp, for appellees.

Order affirmed.

373 A.2d 1146

Fair, Appellant, v. Snowball Express, Inc., et al.

Submitted November 18, 1975. Bruce R. Martin, for appellant; John W. Jordan, IV, and Thomson, Rhodes & Grigsby, for appellees.

Judgment affirmed.